# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECKA LABOU, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON; and LOS ANGELES SMSA LIMITED PARTNERSHIP d/b/a VERIZON; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s)<br>v.<br><br>OVIDIU COZAC,<br><br>Third Party Defendant. | Case No: 2:13-CV-00844-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE EXCESS PAGES CONCERNING OPPOSITION TO DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION**<br><br><br>**Ctrm**: 7<br>**Judge**: Hon. Chief Judge Morrison C. England, Jr. |

Having considered Plaintiff's Ex Parte Application For Leave to File Excess Pages Concerning Opposition To Defendants' Motion To Deny Class Certification, filed on December 10, 2013, and finding good cause, hereby GRANTS Plaintiff's Ex Parte Motion. The Court accepts as filed Plaintiff's response in opposition to Defendant's motion to deny class certification (ECF No. 25), which response in opposition is twenty-five pages in length.

IT IS SO ORDERED.

Dated:  December 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT