**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Attorneys On Signature Page]

*Attorneys for Plaintiff*,
Rebecka Labou

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECKA LABOU, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and LOS ANGELES SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants,<br><br>vs.<br><br>OVIDIU COZAC,<br><br>Third Party Defendant. | Case No: 13-CV-00844-MCE (EFB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, on an individual basis. Plaintiff REBECKA LABOU ("Plaintiff") and Defendants CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and LOS ANGELES SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS anticipate filing a Joint Stipulation for Dismissal within 21 days pursuant to Civil Local Rule 160. Plaintiff requests that all pending dates and filing requirements be vacated.

                Respectfully submitted,

Dated: July 21, 2014        **KAZEROUNI LAW GROUP, APC**

                BY: /S/ ABBAS KAZEROUNIAN
                       ABBAS KAZEROUNIAN, ESQ.
                       ATTORNEYS FOR PLAINTIFF

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
Nicholas J. Bontrager, Esq. (SBN: 252114)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

NOTICE OF SETTLEMENT
CASE NO.: 13-CV-00844-MCE (EFB)    1