# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECKA LABOU, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and LOS ANGELES SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS.; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINT. | Case No. 2:13-cv-00844-MCE-EFB<br><br>**STIPULATION AND ORDER** |

    Pursuant to the stipulation of the parties (ECF No. 50) and Federal Rule of Civil Procedure 41, Plaintiff Rebecka Labou's individual claims are DISMISSED with prejudice, the putative class claims are DISMISSED without prejudice, and the third party complaint is DISMISSED without prejudice.  The Court further orders that each party shall bear their own attorneys' fees and costs.  The Clerk of the Court is directed to CLOSE this action.

    IT IS SO ORDERED.

Dated:  September 12, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT